District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHINGARA SINGH PAWAR,<br><br>Plaintiff,<br><br>v.<br><br>KIRSTJEN NIELSON, Secretary of the Department of Homeland Security, et al.,<br><br>Defendants. | CASE NO. C18-0472 RAJ<br><br>STIPULATED MOTION FOR ORDER OF REMAND, ADJUDICATION AND DISMISSAL |

## **JOINT STIPULATION**

The parties hereby stipulate and agree as to the following:

1. That the Court may remand Plaintiff's Final Naturalization Denial to United States Citizenship and Immigration Service ("USCIS");

2. That upon remand, USCIS will reopen Plaintiff's Final Naturalization Denial, and then, as part of Plaintiff's N-336 administrative appeal process, adjudicate Plaintiff's N-400 Application for Naturalization to final approval or denial within thirty (30) days after entry of this Order; and

3. That the case may be dismissed without prejudice and without costs or fees to either party.

JOINT STIPULATION FOR ORDER OF REMAND, ADJUDICATION AND DISMISSAL [Case No. C18-0472 RAJ] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# **ORDER**

The parties having so stipulated, **IT IS HEREBY SO ORDERED.** This case is dismissed without prejudice and without an award of costs to either party.

Dated this 8th day of June, 2018.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

JOINT STIPULATION FOR ORDER OF REMAND, ADJUDICATION AND DISMISSAL [Case No. C18-0472 RAJ] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970